**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

NATHAN MATTHEW KINARD,

    Petitioner,

v.                                           CASE NO. 3:18cv111-MCR-HTC

MARK S. INCH,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 25, 2019. ECF No. 29. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections, ECF No. 30.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 29, is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus, ECF No. 8, challenging petitioner's judgment of convictions and sentences in Escambia County Circuit Court Case Nos. 2014-CF-3493, 2015-CF-0042, and 2015-CF-711 is **DISMISSED WITH PREJUDICE** as time barred.

3. The Clerk is directed to close the file.

4. All pending motions are **MOOT**, and a certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**